1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| THERESA BROOKE,<br><br>         Plaintiff,<br><br>     v.<br><br>CENTRAL VALLEY HOSPITALITY LLC,<br><br>         Defendant. | Case No. 1:25-cv-01150 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DECLINING SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIM<br><br>(Doc. 7) |
|---|---|

Theresa Brooke seeks to hold Central Valley Hospital LLC liable for violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act. (Doc. 1.) Following an order to show cause regarding jurisdiction (Doc. 4), the assigned magistrate judge issued Findings and Recommendations, recommending the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claim and dismiss the Unruh Act claim without prejudice pursuant to 28 U.S.C. § 1367(c)(4). (Doc. 7.)

The Court served the Findings and Recommendations on Plaintiff[1] and informed her that any objections must be filed within 14 days of the date of service. (Doc. 7 at 8.) The Court advised her that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has expired.

---

[1] Defendant has not yet appeared in this action.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 16, 2025 (Doc. 7) are **ADOPTED** in full.
2. The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claim arising under state law pursuant to 28 U.S.C. § 1367(c)(4).
3. Plaintiff's second cause of action for a violation of the Unruh Act is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: **October 1, 2025**

UNITED STATES DISTRICT JUDGE

2